**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Chris Cinkaj                      CHAPTER 13

                Debtor(s)

                                         BKY. NO. 25-10591 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of GS Mortgage-Backed Securities Trust 2020-RPL2 and index same on the master mailing list.

                                          Respectfully submitted,

                                        /s/ *Denise Carlon*
                                          Denise Carlon
                                          19 Feb 2025, 18:07:07, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322