# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Chris Cinkaj, | : | |
|       Debtor | : | |
| | : | NO. 25-10591-amc |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Debtor has filed a Motion to Extend Automatic Stay on February 21, 2025. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then **on or before March 4, 2025,** you or your attorney must do all of the following:

    (a.)    File an answer explaining your position at:

        Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
        Robert N. C. Nix Sr. Federal Courthouse
        900 Market Street
        Philadelphia, PA 19107

    (b.)    Mail a copy to the Movant:

        Paul A. R. Stewart, Esquire
        Helm Legal Services LLC
        333 E. Lancaster Avenue, Suite 140
        Wynnewood, PA 19096

    2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

    **3.**      **A hearing on the Motion is scheduled to be held before the Honorable Ashley M. Chan on <u>Tuesday, March 11, 2025 at 11:00 am</u> via telephonic hearing.**

    **Telephone: 1-646-828-7666**
    **Meeting ID: 160 6807 8081**

Dated:  February 21, 2025

/s/ Paul A. R. Stewart
Paul A. R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Chris Cinkaj, | : | |
|       Debtor | : | |
| | : | NO. 25-10591-amc |

## CERTIFICATE OF SERVICE

I, Paul A. R. Stewart, Esquire, hereby certify that February 21, 2025, I served via first class regular mail and/or electronic filing, with a true and correct copy of the <u>Debtor's Notice of Motion for Continuation of Automatic Stay</u> upon:

**Counsel for Bank**
Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
215-627-1322

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
215-597-4411

**Kenneth E. West, Trustee**
United States Trustee
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
215-597-4411

<u>/s/ Paul A.R. Stewart</u>

Paul A.R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
pstewart@legalhelm.com
*Attorney for Debtor*