UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 25-10591-amc |
| Chris Cinkaj | : | Chapter 13 |
| Debtor | : | Application to Extend Time to File Schedules and Documents |

**ORDER**

AND NOW, this __7th__ day of __March__, 2025, upon consideration of the <u>Debtor's Application for Extension of Time to File Schedules and Documents,</u> the application is HEREBY GRANTED and it is ORDERED the time to file schedules and documents is extended to the __14th__ day of __March__, 2025.

BY THE COURT:

_____
J.