**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 25-10591-amc |
| CHRIS CINKAJ | : | |
| DEBTOR | : | Chapter 13 |

## CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Motion to Extend Automatic Stay, filed on February 21, 2025, Document #10, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, Document #11, responses to the Application were to be filed and served no later than March 4, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: March 10, 2025

Respectfully Submitted,

/s/ Paul A.R. Stewart
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 25-10591-amc |
| CHRIS CINKAJ | : | |
| DEBTOR | : | Chapter 13 |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing **Certificate of No Response to Debtor's Motion to Extend Automatic Stay** was served on March 10, 2025 by means of the Court's CM.ECF system or via first class mail, postage prepaid, upon the following:

**Counsel for Bank**
Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
215-627-1322

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
215-597-4411

**Kenneth E. West, Trustee**
United States Trustee
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
215-597-4411

/s/ Paul A. R. Stewart
Paul A. R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
Attorney for Debtor