UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 25-10591-amc |
| CHRIS CINKAJ, | : | |
| DEBTOR | : | Chapter 13 |
| | : | |
| | : | MOTION TO CONTINUE |
| | : | AUTOMATIC STAY |

**O R D E R**

AND NOW, this _____ day of March 2025, upon consideration of Debtor's Motion to Continue Automatic Stay, AND following a notice and a hearing, the motion is GRANTED.

The Automatic Stay provisions of 11 U.S.C. §362(a) are extended as to all creditors through the duration of this case unless terminated by court order following notice and a hearing.

BY THE COURT

_____
J

Date: March 12, 2025

3