**Fill in this information to identify your case:**

Debtor 1: Chris Cinkaj

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 25-10591-amc

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** Select Portfolio Servicing (Creditor's Name)
PO Box 65250
Salt Lake City, UT 84165-0250

Describe the property that secures the claim:
827 Hullmeville Road
Langhorne, PA 19047

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred: 5/25/2005

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number: 1 8 4 8

Column A: $474,038.82    Column B: $708,200.00    Column C: _____

**2.2** PA Department of Revenue (Creditor's Name)
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Describe the property that secures the claim:
827 Hullmeville Road
Langhorne, PA 19047

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred: _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Taxes

Last 4 digits of account number: 0 1 3 4

Column A: $702.46    Column B: $708,200.00    Column C: _____

**Add the dollar value of your entries in Column A on this page. Write that number here:** $474,741.28

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

Debtor 1 ___Chris_____ _____ ___Cinkaj_____  Case number (*if known*) __25-10591-amc_____
 First Name  Middle Name  Last Name

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

☐ _____  **Describe the property that secures the claim:** $_____  $_____  $_____
  Creditor's Name

  _____
  Number    Street

  _____   **As of the date you file, the claim is:** Check all that apply.
  _____   ☐ Contingent
  City       State   ZIP Code   ☐ Unliquidated
                                ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
☐ Debtor 1 only                       ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                       ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only          ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another  ☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____  **Last 4 digits of account number** ___ ___ ___ ___

---

☐ _____  **Describe the property that secures the claim:** $_____  $_____  $_____
  Creditor's Name

  _____
  Number    Street

  _____   **As of the date you file, the claim is:** Check all that apply.
  _____   ☐ Contingent
  City       State   ZIP Code   ☐ Unliquidated
                                ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
☐ Debtor 1 only                       ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                       ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only          ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another  ☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____  **Last 4 digits of account number** ___ ___ ___ ___

---

☐ _____  **Describe the property that secures the claim:** $_____  $_____  $_____
  Creditor's Name

  _____
  Number    Street

  _____   **As of the date you file, the claim is:** Check all that apply.
  _____   ☐ Contingent
  City       State   ZIP Code   ☐ Unliquidated
                                ☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.
☐ Debtor 1 only                       ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                       ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only          ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another  ☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____  **Last 4 digits of account number** ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $_____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $_____

Debtor 1  Chris ___ Cinkaj ___  Case number *(if known)* 25-10591-amc
         First Name  Middle Name  Last Name

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ 
Name _____
Number    Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐ 
Name _____
Number    Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐ 
Name _____
Number    Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐ 
Name _____
Number    Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐ 
Name _____
Number    Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐ 
Name _____
Number    Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

Official Form 106D    Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**    page _3_ of _3_